# ATTACHMENTS NOT SCANNED

☐ LEGAL SIZE DOCUMENTS

☒ LARGE EXHIBITS

☐ DOUBLE SIDED DOCUMENTS

☐ EXTRADITION DOCUMENTS

☐ BOUNDED AND/OR TABBED PURSUANT TO LOCAL RULE 5.1.A.2.(b)

☐ OTHER _____

PLEASE REFER TO COURT FILE