UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



Case Number: 01-1930-CIV-MARTINEZ

MIAMI-DADE COUNTY, FLORIDA, a
political subdivision of the State of Florida,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER ON VARIOUS PENDING MOTIONS

THIS CAUSE came before the Court upon various pending motions. On **October 28, 2003**, at 9:30 a.m., the Court heard oral argument on these various pending motions. The Court has carefully considered the motions and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant's Motion to Strike Plaintiff's Jury Demand **(D.E. 83-1)** filed on **July 7, 2003**, is GRANTED. Plaintiff's jury demand is stricken as to all counts in the Complaint.

2. Defendant's Motion to Strike the Supplemental and Rebuttal Expert Report of Dr. Robin A. Cantor **(D.E. 84-1)** filed on **July 3, 2003**, is DENIED. The parties will have up to and including **Friday, November 14, 2003**, to conduct a short, supplemental deposition of Dr. Cantor regarding the Supplemental and Rebuttal Expert Report at issue.

3. Plaintiff's Corrected Motion to Strike and Preclude the Expert Report and Proffered Testimony of Wiley R. Wright III **(D.E. No. 126-1 and 126-2)** filed on **September 12, 2003**, is DENIED. Plaintiff's Motion to Strike and Preclude the Expert Report and Proffered Testimony of Wiley R. Wright III **(D.E. 121-1 and 121-2)** filed on **August 29, 2003**, is DENIED

as moot.

4. Plaintiff's Motion to Strike the Supplemental Expert Report of John B. Robertson **(D.E. 125-2)** filed on **August 29, 2003**, is DENIED. The parties will have up to and including **Friday, November 14, 2003**, to conduct a short, supplemental deposition of Mr. Robertson regarding the Supplemental Expert Report at issue. It if further:

**ORDERED AND ADJUDGED** that

On or before **Wednesday, November 5, 2003**, the Defendant will produce the Draft Site Operational/Occupational History Report for the Former Miami Army Airfield, Miami Florida (August 29, 1997), prepared for the U.S. Army Corps of Engineers, Kansas City District, by Hydrogeologic, Inc., (also known as the 1997 Hydrogeologic FUDS Report) for *in camera* review. The Court will issue a written Order on the Plaintiff's Motion to Compel Production of the 1997 Hydrogeologic FUDS Report **(D.E. 125-1)** filed on **August 29, 2003**, after it conducts the *in camera* review.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of October, 2003.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Dubé
All Counsel of Record